ACCEPTED
12-14-00158-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/26/2015 12:30:36 PM
CATHY LUSK
CLERK

**CASE NO.: 12-14-00158-CR CR**
**Trial Court Case Number: 007-0505-13**

RICKY NEAL, JR.,
Appellant,

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
3/26/2015 12:30:36 PM
CATHY S. LUSK
Clerk

**THE TWELFTH COURT OF APPEALS, TYLER DIVISION**

vs.

THE STATE OF TEXAS,
Appellee.

**APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE INITIAL BRIEF**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the Appellant, RICKY NEAL, JR. , in the above-styled and numbered cause, by and through the undersigned counsel, and files this Motion for Extension of Time to File Initial Brief in accordance with Texas Rule of Appellate Procedure 10.5(b).  In support thereof, the undersigned would show this Honorable Court as follows:

1.  Appellant's brief was due on or before March 23, 2015. In granting a final extension, this Court ordered that counsel's failure to file the brief by March 23d would result in the case being presented for further action including initiation of possible contempt proceedings against the undersigned.

2.  On Friday, March 20, 2015, the undersigned was advised that attorney, Gerald J. Smith, had been retained to represent Appellant in this cause. The undersigned was thereafter provided, and signed, a stipulated substitution of counsel to that effect.  Later that same day, attorney Gerald Smith filed a Motion to Substitute Counsel and a Motion for Extension of the briefing deadline

3.  Because both Mr. Smith's motion for stipulated substitution of counsel and his motion

for extension would not be ruled upon by the Court until March 25, 2014, the undersigned filed a letter with the Court summarizing the above circumstances and requesting that no action be taken with respect to Appellant's brief until such time as a determination could be made as to the substitution of counsel and the request for extension.

4.   Regrettably, no action could be taken by the Court as to the stipulated substitution of counsel and motion for extension due to counsel Smith's failure to comply with the Texas Rules of Appellate Procedure.

5.   The undersigned therefore files this motion for extension on Appellant's behalf and requests that the briefing deadline in this matter be extended to allow Mr. Smith an opportunity to remedy the defects in his motions and resubmit them to this Court for consideration.  The undersigned makes this request on Appellant's behalf so that he might have the benefit of representation by the counsel of his choosing in this appeal.

6.   In the alternative, the undersigned respectfully moves that this Honorable Court permit the undersigned to file Appellant's brief out-of-time in lieu of the above circumstances. But for this issue concerning the substitution of counsel, the undersigned was fully prepared to file Appellant's brief on March 23d, but instead elected to forego filing the brief and await a decision from the Court as to the replacement of court appointed counsel with Appellant's private counsel of choice.

7.   Because this issue remains unresolved, the undersigned has today filed Appellant's Initial Brief with this Court. The undersigned prays that under this unique set of circumstances that this Honorable Court will not pursue any sanction against the undersigned.

8.   On March 20, 2015, the undersigned met Assistant District Attorney Michael J. West and Aaron Rediker with respect to this motion. The State **does not oppose** an extension in lieu of this pending substitution of counsel.

WHEREFORE, PREMISES CONSIDERED, the Defendant hereby specifically requests that this Honorable Court grant a 30-day extension from the present deadline date for the filing of Appellant's initial brief.

Respectfully submitted,


/s/ Carlo D'Angelo
CARLO D'ANGELO
ATTORNEY AT LAW
100 East Ferguson, Suite 1210
Tyler, Texas 75702
Texas State Bar No. 24052664
Tel  903.595.6776
Fax  903.407.4119
carlo@dangelolegal.com
Attorney for Appellant


## CERTIFICATE OF SERVICE


I HEREBY CERTIFY that a true and correct copy of the foregoing motion was furnished to Assistant District Attorney Michael J. West, Office of the District Attorney, 100 North Broadway, 4th Floor, Smith County, Texas, 75702 via U.S. Mail on this 26 March 2015.


/s/ Carlo D'Angelo
Carlo D'Angelo